IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CARMEN S. TALAVERA<br>2900 Spring Pond Road<br>Davidson, MD 21035 | )<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | Civil Action No.<br>1:07-cv-00720 (JDB) |
| RANDALL L. TOBIAS<br>Administrator, U.S. AGENCY FOR<br>INTERNATIONAL DEVELOPMENT<br>1300 Pennsylvania Avenue<br>Washington, DC 20523 | )<br>)<br>)<br>)<br>)<br>) | July 11, 2007 |
| Defendant | ) | |

**SWORN DECLARATION OF SERVICE OF JONATHAN L. GOULD**

I, Jonathan L. Gould, business address, 1012 14th Street, NW, Suite 630 Washington, D.C. 20005, under the penalties, hereby affirm that:

1. I am over eighteen years of age and I understand the meaning of an oath.

2. Pursuant to Rule 4(i)(I)(A) of the Federal Rules of Civil Procedure, on May 16, 2007, I served by certified mail, return receipt requested, a copy of the summons and complaint in this matter on the Civil Process Clerk for the Office of the U.S. Attorney, for the District of Columbia 555 4th Street, Washington, DC 20530, and on April 23, 2007 on the Office of the Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, Washington, DC 20530 and on Randall Tobias then Administrator for the U.S. Agency for International Development, 1300 Pennsylvania Avenue, NW Washington DC 20523.

3. I received confirmation that delivery of the summons and complaint was received by the Civil Process Clerk of the Office of the U.S. Attorney on May 21, 2007 and by the defendant Administrator on April 25, 2007.

                                        THE DECLARANT

                                        /s/Jonathan L. Gould
                                        Jonathan L. Gould

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

CARMEN S. TALAVERA
2900 Spring Pond Road
Davidson, MD 21035

**SUMMONS IN A CIVIL CASE**

V.

RANDALL L. TOBIAS
Administrator, U.S. AGENCY FOR
INTERNATIONAL DEVELOPMENT
1300 Pennsylvania Avenue
Washington, DC 20523

Case: 1:07-cv-00720
Assigned To : Bates, John D.
Assign. Date : 4/20/2007
Description: TALAVERA v. TOBIAS

TO: (Name and address of Defendant)

RANDALL L. TOBIAS
Administrator, U.S. AGENCY FOR
INTERNATIONAL DEVELOPMENT
1300 Pennsylvania Avenue
Washington, DC 20523

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James L. Kestell and Jonathan L. Gould
Kestell & Associates
1012 14th Street, NW, Suite 630
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                     APR 20 2007
CLERK                                       DATE

(By) DEPUTY CLERK