IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARMEN S. TALAVERA ) <br> 2900 Spring Pond Road ) <br> Davidson, MD 21035 ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RANDALL L. TOBIAS ) <br> Administrator, U.S. AGENCY FOR ) <br> INTERNATIONAL DEVELOPMENT ) <br> 1300 Pennsylvania Avenue ) <br> Washington, DC 20523 ) <br> ) <br> Defendant ) | Civil Action No. <br> 1:07-cv-00720 (JDB) <br><br> July 25, 2007 |

## MOTION FOR DEFAULT

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, the plaintiff hereby files her motion for default against the defendant. Rule 55(a) of the Rules provides in relevant part:

> When a party . . .has failed to plead or otherwise defend as provided by these rules. . .the clerk shall enter the party's default.

Pursuant to Rule 4(i)(I)(A) of the Federal Rules of Civil Procedure, on May 16, 2007, plaintiff's counsel served by certified mail, return receipt requested, a copy of the summons and complaint in this matter on the Civil Process Clerk for the Office of the U.S. Attorney, for the District of Columbia 555 4th Street, Washington, DC 20530, and on April 23, 2007 on the Office of the Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, Washington, DC 20530 and on Randall Tobias then Administrator for the U.S. Agency for International Development, 1300 Pennsylvania Avenue, NW Washington DC 20523. Plaintiff's counsel received confirmation that delivery of the

summons and complaint was received by the Civil Process Clerk of the Office of the U.S. Attorney on May 21, 2007 and by the defendant Administrator on April 25, 2007. Plaintiff's counsel has previously filed a sworn declaration to that effect with the Court on July 11, 2007. A copy of that declaration is attached hereto as Exhibit A and is incorporated by reference as part of the facts supporting this motion.

Under Rule 12(a)(3)(A) of the Federal Rules, the defendant was required to appear and serve an answer or other pleading within 60 days after completion of service. The defendant has failed to do so in that service was completed at the latest on May 21, 2007 and the defendant has failed to appear or file a pleading.

WHEREFORE the Court shall enter a default against the defendant pursuant to Rule 55(a) of the Federal Rules.

Respectfully Submitted,
The Plaintiff,
Carmen S. Talavera

By      /s/ James L. Kestell_____
James L. Kestell
D.C. Bar # 955310

/s/ Jonathan L. Gould_____
Jonathan L. Gould
DC Bar #491052

Kestell and Associates
1012 14th Street, NW, Suite 630
Washington, DC 20005
Tel. 202-347-3889
Fax 202-347-4482
Email: jlkestell@cox.net
Email: jgould@igc.org

Attorneys for the Plaintiff

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CARMEN S. TALAVERA | ) | |
| 2900 Spring Pond Road | ) | |
| Davidson, MD 21035 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 1:07-cv-00720 (JDB) |
| RANDALL L. TOBIAS | ) | |
| Administrator, U.S. AGENCY FOR | ) | July 25, 2007 |
| INTERNATIONAL DEVELOPMENT | ) | |
| 1300 Pennsylvania Avenue | ) | |
| Washington, DC 20523 | ) | |
| | ) | |
| Defendant | ) | |

## **ORDER**

The foregoing motion for default having been heard, it is hereby ORDERED

GRANTED/DENIED

_____

cc:   Jonathan L. Gould
      James L. Kestell
      Kestell & Associates
      1012 14th Street, NW, Suite 630
      Washington, DC 20005

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CARMEN S. TALAVERA ) | | |
| 2900 Spring Pond Road ) | | |
| Davidson, MD 21035 ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | Civil Action No. | |
| ) | 1:07-cv-00720 (JDB) | |
| RANDALL L. TOBIAS ) | | |
| Administrator, U.S. AGENCY FOR ) | July 11, 2007 | |
| INTERNATIONAL DEVELOPMENT ) | | |
| 1300 Pennsylvania Avenue ) | | |
| Washington, DC 20523 ) | | |
| ) | | |
| Defendant ) | | |

**SWORN DECLARATION OF SERVICE OF JONATHAN L. GOULD**

I, Jonathan L. Gould, business address, 1012 14th Street, NW, Suite 630 Washington, D.C. 20005, under the penalties, hereby affirm that:

1. I am over eighteen years of age and I understand the meaning of an oath.

2. Pursuant to Rule 4(i)(I)(A) of the Federal Rules of Civil Procedure, on May 16, 2007, I served by certified mail, return receipt requested, a copy of the summons and complaint in this matter on the Civil Process Clerk for the Office of the U.S. Attorney, for the District of Columbia 555 4th Street, Washington, DC 20530, and on April 23, 2007 on the Office of the Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, Washington, DC 20530 and on Randall Tobias then Administrator for the U.S. Agency for International Development, 1300 Pennsylvania Avenue, NW Washington DC 20523.

2

3. I received confirmation that delivery of the summons and complaint was received by the Civil Process Clerk of the Office of the U.S. Attorney on May 21, 2007 and by the defendant Administrator on April 25, 2007.

                              THE DECLARANT

                              /s/Jonathan L. Gould
                              Jonathan L. Gould

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

CARMEN S. TALAVERA
2900 Spring Pond Road
Davidson, MD 21035

**SUMMONS IN A CIVIL CASE**

V.

RANDALL L. TOBIAS
Administrator, U.S. AGENCY FOR
INTERNATIONAL DEVELOPMENT
1300 Pennsylvania Avenue
Washington, DC 20523

Case: 1:07-cv-00720
Assigned To : Bates, John D.
Assign. Date : 4/20/2007
Description: TALAVERA v. TOBIAS

TO: (Name and address of Defendant)

RANDALL L. TOBIAS
Administrator, U.S. AGENCY FOR
INTERNATIONAL DEVELOPMENT
1300 Pennsylvania Avenue
Washington, DC 20523

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James L. Kestell and Jonathan L. Gould
Kestell & Associates
1012 14th Street, NW, Suite 630
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                            APR 20 2007
CLERK                                              DATE

*[signature]*
(By) DEPUTY CLERK