IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CARMEN S. TALAVERA<br>2900 Spring Pond Road<br>Davidson, MD 21035 | )<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | Civil Action No.<br>1:07-cv-00720 (JDB) |
| RANDALL L. TOBIAS<br>Administrator, U.S. AGENCY FOR<br>INTERNATIONAL DEVELOPMENT<br>1300 Pennsylvania Avenue<br>Washington, DC 20523 | )<br>)<br>)<br>)<br>)<br>) | July 26, 2007 |
| Defendant | ) | |

**NOTICE OF COMPLIANCE WITH COURT'S ORDER DATED JULY 25, 2007**

By the attached sworn declaration, plaintiff's counsel hereby provides notice to the Court that he has complied with the Court's order dated July 25, 2007 and served by certified mail, return receipt requested, a copy of his motion for default and sworn declarations on the Civil Process Clerk for the Office of the U.S. Attorney, for the District of Columbia, 555 4th Street, NW, Washington, DC 20530.

2

        Respectfully Submitted,
        The Plaintiff,
        Carmen S. Talavera

By    /s/ James L. Kestell_____
        James L. Kestell
        D.C. Bar # 955310

        /s/ Jonathan L. Gould_____
        Jonathan L. Gould
        DC Bar #491052

        Kestell and Associates
        1012 14th Street, NW, Suite 630
        Washington, DC 20005
        Tel. 202-347-3889
        Fax 202-347-4482
        Email: jlkestell@cox.net
        Email: jgould@igc.org

        Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARMEN S. TALAVERA ) <br> 2900 Spring Pond Road ) <br> Davidson, MD 21035 ) <br>   ) <br>   Plaintiff, ) <br>   ) <br>   v. ) <br>   ) <br> RANDALL L. TOBIAS ) <br> Administrator, U.S. AGENCY FOR ) <br> INTERNATIONAL DEVELOPMENT ) <br> 1300 Pennsylvania Avenue ) <br> Washington, DC 20523 ) <br>   ) <br>   Defendant ) | Civil Action No. <br> 1:07-cv-00720 (JDB) <br><br> July 26, 2007 |

**SWORN DECLARATION OF SERVICE OF MOTION FOR DEFAULT BY JONATHAN L. GOULD**

I, Jonathan L. Gould, business address, 1012 14th Street, NW, Suite 630 Washington, D.C. 20005, under the penalties, hereby affirm that:

1. I am over eighteen years of age and I understand the meaning of an oath.

2. Pursuant to the Court's order in this matter dated July 25, 2007, this is to confirm that on July 25, 2007, I served by certified mail, return receipt requested, a copy of the plaintiff's motion for entry of default on the Civil Process Clerk for the Office of the U.S. Attorney, for the District of Columbia, 555 4th Street, NW, Washington, DC 20530 (No. 7006 3450 0001 9454 0837), on the Office of the Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530 (No. 7005 2570 0001 8447 6334) and on the Administrator for the U.S. Agency for International Development, 1300

Pennsylvania Avenue, NW, Washington DC 20523 (No. 7005 2570 0001 8447 6431).

3. A copy of the receipts verifying these mailings is attached hereto as Exhibit A.

4. This is also to verify that I have served a copy of this declaration along with the separate declaration in support of the motion for default also filed today by certified mail, return receipt requested, (No. 7007 0710 0005 4229 5614) with the Civil Process Clerk for the Office of the U.S. Attorney, for the District of Columbia, 555 4th Street, NW, Washington, DC 20530.

                    THE DECLARANT

                    /s/Jonathan L. Gould
                    Jonathan L. Gould

# EXHIBIT A

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.38 |

Postmark Here

7006 3450 0001 9454 0837

Sent To: US Atty Civil Process Clerk
Street, Apt. No.; or PO Box No.: 555 4th St NW
City, State, ZIP+4: Washington DC 20530

PS Form 3800, August 2006    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.38 |

Postmark Here

7005 2570 0001 8447 6334

Sent To: Attorney General
Street, Apt. No.; or PO Box No.: 950 Pennsylvania Ave NW
City, State, ZIP+4: Washington DC 20530

PS Form 3800, June 2002    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.38 |

Postmark Here

7005 2570 0001 8447 6341

Sent To: Admin USAd
Street, Apt. No.; or PO Box No.: 1300 Pennsylvania Ave NW
City, State, ZIP+4: Washington DC 20523

PS Form 3800, June 2002    See Reverse for Instructions