IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| CARMEN S. TALAVERA ) <br> 2900 Spring Pond Road ) <br> Davidson, MD 21035 ) <br>     ) <br>     Plaintiff, ) <br>     ) <br>     v. ) <br>     ) <br> RANDALL L. TOBIAS ) <br> Administrator, U.S. AGENCY FOR ) <br> INTERNATIONAL DEVELOPMENT ) <br> 1300 Pennsylvania Avenue ) <br> Washington, DC 20523 ) <br>     ) <br>     Defendant ) | Civil Action No. <br> 1:07-cv-00720 (JDB) <br><br> July 26, 2007 |

_____

**SWORN DECLARATION OF JONATHAN L. GOULD IN SUPPORT OF MOTION FOR DEFAULT**

I, Jonathan L. Gould, business address, 1012 14th Street, NW, Suite 630 Washington, D.C. 20005, under the penalties, hereby affirm that:

1. I am over eighteen years of age and I understand the meaning of an oath.

2. Pursuant to Rule 4(i)(I)(A) of the Federal Rules of Civil Procedure, on May 16, 2007, I served by certified mail, return receipt requested, a copy of the summons and complaint in this matter on the Civil Process Clerk for the Office of the U.S. Attorney, for the District of Columbia 555 4th Street, Washington, DC 20530, and on April 23, 2007 on the Office of the Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, Washington, DC 20530 and on Randall Tobias then Administrator for the U.S. Agency for International Development, 1300 Pennsylvania Avenue, NW Washington DC 20523.

3. I received confirmation that delivery of the summons and complaint was received by the Civil Process Clerk of the Office of the U.S. Attorney on May 21, 2007 and by the defendant Administrator on April 25, 2007.  Copies of these documents are attached hereto as Exhibit A.

4. Although more than 60 days have passed since I served the complaint on the defendant, the defendant has not filed an appearance or a pleading in this case.

5. This is also to verify that, on July 26, 2007, I have served a copy of this declaration, along with the separate notice and declaration of service of the motion for default dated July 25, 2007, by sending them by certified mail, return receipt requested, (No. 7007 0710 0005 4229 5614) to the Civil Process Clerk for the Office of the U.S. Attorney, for the District of Columbia, 555 4th Street, NW, Washington, DC 20530.

        THE DECLARANT

        /s/Jonathan L. Gould
        Jonathan L. Gould

# EXHIBIT A

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage: $ 5.36
Certified Fee:
Return Receipt Fee (Endorsement Required):
Restricted Delivery Fee (Endorsement Required):
Postmark Here
Total Postage & Fees: $

Sent To: Office of The Atty General
Street, Apt. No.; or PO Box No.: 950 Pennsylvania Ave NW
City, State, ZIP+4: Washington DC

7006 3450 0001 9454 0813

PS Form 3800, August 2006    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage: $ 5.36
Certified Fee:
Return Receipt Fee (Endorsement Required):
Restricted Delivery Fee (Endorsement Required):
Postmark Here
Total Postage & Fees: $

Sent To: Administrator USAID
Street, Apt. No.; or PO Box No.: 1300 Pennsylvania Ave NW
City, State, ZIP+4: Washington DC 20523

7006 3450 0001 9454 0806

PS Form 3800, August 2006    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage: $
Certified Fee:
Return Receipt Fee (Endorsement Required):
Restricted Delivery Fee (Endorsement Required):
Postmark Here
Total Postage & Fees: $ 6.11

Sent To: Civil Process Clerk U.S. Attorney
Street, Apt. No.; or PO Box No.: 555 4th St NW
City, State, ZIP+4: Washington DC    5/15/07

7006 3450 0001 9454 0820

PS Form 3800, August 2006    See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk
Office of The United States
Attorney
For the District of Columbia
555 4th Street NW
Washington DC
20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Emmett P._  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
MAY 21 200_

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7006 3450 0001 9454 0820

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Randall L. Tobias
Administrator
U.S. Agency for International Development
1300 Pennsylvania Ave.
NW
Washington DC 20523

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Pat Wats   4/25/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7006 3450 0001 9454 0806

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540