IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **CARMEN S. TALAVERA**, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **HENRIETTA H. FORE,** ) <br> Acting Administrator, U.S. Agency for ) <br> International Development, ) <br> ) <br> Defendant.[1] ) <br> ) | Civil Action No.: 07-720 (JDB) |

## PRAECIPE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Michelle N. Johnson as counsel for the federal government defendant in the above-captioned case.

Respectfully submitted,

  /s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139 (telephone)
(202) 514-8780 (facsimile)
Michelle.Johnson@usdoj.gov

COUNSEL FOR DEFENDANT

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Henrietta H. Fore is substituted as the named defendant. Ms. Fore was designated by President George W. Bush as Acting Administrator of USAID on May 7, 2007, after the prior administrator, Randall L. Tobias, resigned.