IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARMEN S. TALAVERA )<br>              )<br>    Plaintiff, )<br>              )<br>    v. )<br>               )<br>HENRIETTA H. FORE )<br>Acting Administrator, U.S. AGENCY FOR )<br>INTERNATIONAL DEVELOPMENT )<br>              )<br>    Defendant )<br>              ) | Civil Action No.<br>1:07-cv-00720 (JDB)<br><br>August 7, 2007 |

## **JOINT STIPULATION**

Whereas, the plaintiff has filed a motion for default against the defendant pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and

Whereas, the defendant has opposed that motion and has challenged the validity of the plaintiff's service of the complaint;

Whereas, the parties have agreed to resolve all pending disputes regarding the motion for default as follows:

1. The defendant has agreed not to challenge the issue of the validity of service of the complaint and has agreed to file a response to the complaint within 60 days of the filing of this stipulation;

2. The plaintiff has agreed to withdraw her motion for default with prejudice and has agreed not to challenge further any issues regarding the timeliness of the defendant's appearance or its pleadings.

WHEREFORE, the parties join in requesting the Court to approve this stipulation and allow the defendant 60 days to file a response to the complaint.

Dated: August 7, 2007

      Respectfully Submitted,


  By **/s/ James L. Kestell**
     James L. Kestell
     D.C. Bar # 955310

     **/s/ Jonathan L. Gould**
     Jonathan L. Gould
     DC Bar #491052

     Kestell and Associates
     1012 14th Street, NW, Suite 630
     Washington, DC 20005
     Tel. 202-347-3889
     Fax 202-347-4482
     Email: jlkestell@cox.net
     Email: jgould@igc.org

     Counsel for the Plaintiff


     **/s/ Jeffrey A. Taylor**
     JEFFREY A. TAYLOR, D.C. BAR # 498610
     United States Attorney

     **/s/ Rudolph Contreras**
     RUDOLPH CONTRERAS, D.C. BAR # 434122
     Assistant United States Attorney

     **/s/ Michelle N. Johnson**
     MICHELLE N. JOHNSON, D.C. BAR # 491910
     Assistant United States Attorney
     United States Attorney's Office
     Civil Division
     555 4th Street, N.W. – Room E4212
     Washington, D.C. 20530
     (202) 514-7139
     Michelle.Johnson@usdoj.gov

     COUNSEL FOR DEFENDANT

IT IS SO ORDERED this _____ day of August, 2007.

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE