IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CARMEN S. TALAVERA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 1:07-cv-00720 (JDB) |
| HENRIETTA H. FORE | ) | |
| Acting Administrator, U.S. AGENCY FOR | ) | |
| INTERNATIONAL DEVELOPMENT | ) | |
| | ) | August 7, 2007 |
| Defendant | ) | |
| | ) | |

FILED

AUG 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### JOINT STIPULATION

Whereas, the plaintiff has filed a motion for default against the defendant pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and

Whereas, the defendant has opposed that motion and has challenged the validity of the plaintiff's service of the complaint;

Whereas, the parties have agreed to resolve all pending disputes regarding the motion for default as follows:

1. The defendant has agreed not to challenge the issue of the validity of service of the complaint and has agreed to file a response to the complaint within 60 days of the filing of this stipulation;

2. The plaintiff has agreed to withdraw her motion for default with prejudice and has agreed not to challenge further any issues regarding the timeliness of the defendant's appearance or its pleadings.

WHEREFORE, the parties join in requesting the Court to approve this stipulation and allow the defendant 60 days to file a response to the complaint.

Dated: August 7, 2007

                        Respectfully Submitted,

By     **/s/ James L. Kestell**
James L. Kestell
D.C. Bar # 955310

**/s/ Jonathan L. Gould**
Jonathan L. Gould
DC Bar #491052

Kestell and Associates
1012 14th Street, NW, Suite 630
Washington, DC 20005
Tel. 202-347-3889
Fax 202-347-4482
Email: jlkestell@cox.net
Email: jgould@igc.org

Counsel for the Plaintiff


 **/s/ Jeffrey A. Taylor**
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

 **/s/ Rudolph Contreras**
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

**/s/ Michelle N. Johnson**
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139
Michelle.Johnson@usdoj.gov

COUNSEL FOR DEFENDANT

IT IS SO ORDERED this ___13th___ day of August, 2007.

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE