UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CARMEN S. TALAVERA,**<br><br>　　Plaintiff,<br><br>　　　v.<br><br>**HENRIETTA H. FORE,**<br><br>　　Defendant. | Civil Action No.  07-720 (JDB) |

## ORDER FOR INITIAL SCHEDULING CONFERENCE

　　It is this 16th day of October, 2007, hereby **ORDERED** that the initial scheduling conference in this matter is set for November 16, 2007, at 9:00 a.m. in Courtroom 8.  Counsel who attend the scheduling conference must be sufficiently familiar with the case to answer any questions that arise.  Parties are welcome to attend.

　　Counsel shall confer in accordance with Rule 16.3(a) of the Local Civil Rules and Rule 26(f) of the Federal Rules of Civil Procedure and shall submit their Joint Rule 16.3 Report addressing the topics listed in Local Civil Rule 16.3(c) no later than fourteen days following their conference, see L. Civ. R.16.3(d), and in no event less than three business days before the initial scheduling conference.

　　Written communication with the Court is to be by motion, opposition, and reply, rather than letter.  See L. Civ. R. 5.1(b).  The parties are directed to the requirements of Local Civil Rule 7(c) regarding the submission of proposed orders with all motions and oppositions and to the requirements of Local Civil Rule 7(m) regarding the duty to confer on all nondispositive

motions (including those for enlargements of time).

**SO ORDERED**.

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Case 1:07-cv-00720-JDB   Document 11   Filed 10/16/2007   Page 2 of 2