IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARMEN S. TALAVERA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 1:07-cv-00720 (JDB) |
| HENRIETTA H. FORE ) | |
| Acting Administrator, U.S. AGENCY FOR ) | October 25, 2007 |
| INTERNATIONAL DEVELOPMENT ) | |
| ) | |
| Defendant ) | |

**THE PARTIES' LOCAL CIV. R. 16.3 STATEMENT**

1. The plaintiff brings this action under § 717 of Title VII of the Civil Rights Act of 1964, as amended, (Title VII), 42 U.S.C. § 2000e, et. seq. at § 2000e-16, incorporating the provisions of §§ 703 and 704 of Title VII, 42 U.S.C. §§ 2000e-2 and 3, against her former employer for failing to promote her, for requiring her to submit to a fitness for duty exam and later for terminating her because of her sex and because she had previously filed discrimination complaints.  Defendant denies that any actions taken against plaintiff were in violation of Title VII or any other applicable statutory provisions.

2. There have been no dispositive motions filed in this case thus far.  The plaintiff does not believe that this case can be disposed of by motion.  Defendant believes this case may be disposed of by motion at the close of discovery.

3. The parties have discussed issues related to the disclosure and preservation of electronically stored information.  The parties agree to preserve all electronically stored information related to the case.  Based on the parties' current understanding of the scope of this litigation, it is believed that all such information can be produced in paper format.  The parties do

not anticipate joining any other parties. The parties do not believe that any factual or legal issues can be further narrowed at this point.

4. The parties do not agree to a magistrate judge for all matters in this case, although the plaintiff has not opposed such an assignment.

5. The parties believe that there may be some possibility of settling this case after some discovery, although not at this point, and will inform the court if the possibility of settlement becomes realistic at any time.

6. The parties believe that mediation may become appropriate in this case after some discovery has been completed.

7. The plaintiff does not believe that this case can be disposed of by motion for summary judgment or motion to dismiss. Defendant believes that this case may be disposed of on motion for summary judgment or motion to dismiss at some point in the future.

8. The parties believe that the deadline for dispositive motions should be 30 days after the close of discovery, or on May 15, 2008, with oppositions due 21 days after service of the dispositive motion and reply briefs due 15 days after service of opposition.

9. The parties agree that initial disclosures pursuant to Rule 26(a)(1) of the F.R.Civ.P. shall be exchanged within 30 days after the Court's issuance of this scheduling order.

10. The parties believe that discovery should close on April 15, 2008, 120 days after the date of the Court's initial scheduling conference, with the presumptive limits of the local rules imposed upon the number of depositions and interrogatories, i.e. no more than 10 depositions and 25 interrogatories per party. Deposition of any witness shall not exceed 7 hours.

11. The parties propose that plaintiff's Rule 26(a)(2) report be served by February 18,

2008, the first business day prior to 60 days before the close of discovery, with defendant's report to be served 30 days thereafter or on March 19, 2008.

12. There are no class issues involved in this case.

13. The parties agree that neither discovery nor trial should be bifurcated.

14. The parties propose that a final pre-trial date be set after the Court's decision on dispositive motions, if any are filed.

15. The parties propose that a firm trial date be set after the decision on dispositive motions and/or when the pre-trial date is set.

                Respectfully submitted,

                FOR THE PLAINTIFF

By    /s/
     James L. Kestell
     DC Bar #955310
     Jonathan L. Gould
     DC Bar # 491052
     KESTELL & ASSOCIATES
     209 Midvale St.
     Falls Church, VA 22046
     1012 14th Street, NW Suite 630
     Washington, DC 20005
     (703) 237-2912
     (202) 347-4481

Respectfully submitted,
FOR THE DEFENDANT


By  /s/
_____

JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

 By  /s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

    /s/
_____
Michelle N. Johnson DC Bar # 491910
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. - Civil Division
Room E4212
Washington, D.C. 20530
(202) 514-7139

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARMEN S. TALAVERA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HENRIETTA H. FORE )<br>Acting Administrator, U.S. AGENCY FOR )<br>INTERNATIONAL DEVELOPMENT )<br>)<br>Defendant ) | Civil Action No.<br>1:07-cv-00720 (JDB)<br><br>October 25, 2007 |

### SCHEDULING ORDER

UPON CONSIDERATION OF the parties' Local Civ. R. 16.3 statement, the Court enters the following scheduling order:

1. Discovery will close on April 15, 2008.

2. The parties shall exchange initial disclosures within 30 days of the Court's issuance of this Scheduling Order.

3. Plaintiff's 26(a)(2) report will be due on February 18, 2008. Defendant's 26(a)(2) report will be due March 19, 2008.

4. Dispositive motions after discovery must be filed by May 15, 2008. Oppositions are due 21 days after the filing of dispositive motions, and reply briefs are due fifteen days after the filing of oppositions.

SO ORDERED THIS _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE