UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARMEN S. TALAVERA,<br><br>    Plaintiff,<br><br>    v.<br><br>HENRIETTA H. FORE,<br><br>    Defendant. | Civil Action No.  07-720 (JDB) |

## INITIAL SCHEDULING ORDER

Pursuant to the conference with the Court held on November 16, 2007, and the Joint Rule 16.3 Report, it is hereby **ORDERED** as follows:

1. All discovery shall be completed by April 15, 2008.  The parties shall be bound by the limits on discovery set forth in the Federal Rules of Civil Procedure, i.e. no more than 10 depositions and 25 interrogatories per party.  The deposition of any witness shall not exceed 7 hours.

2. Required disclosures under Fed. R. Civ. P. 26(a)(1) shall be completed by December 17, 2007.

3. Plaintiff's Fed. R. Civ. P. 26(a)(2) report will be served on defendant by February 18, 2008.  Defendant's Fed. R. Civ. P. 26(a)(2) report will be served on plaintiff by March 19, 2008.

4. Dispositive motions shall be filed by not later than May 15, 2008.  Oppositions shall be filed by not later than June 5, 2008, and replies, if any, by not later than June 20, 2008.

5.   A status conference shall be held on April 16, 2008, at 9:00 a.m.


                                              /s/ John D. Bates
                                             JOHN D. BATES
                                        United States District Judge


Dated: November 16, 2007