IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CARMEN S. TALAVERA**, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )   Civil Action No.: 07-0720 (JDB)<br>) |
| **HENRIETTA H. FORE,**<br>Acting Administrator, U.S. Agency for<br>International Development, | )<br>)<br>)<br>) |
| Defendant.[1] | )<br>) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Christopher B. Harwood and remove the appearance of Assistant United States Attorney Michelle N. Johnson as counsel of record for Defendant in the above-captioned action.

Dated: November 27, 2007

Respectfully submitted,

/s/ Christopher B. Harwood
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 307-0375
Fax: (202) 514-8780
Christopher.Harwood@usdoj.gov

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Henrietta H. Fore is substituted as the named Defendant. Ms. Fore was designated by President George W. Bush as Acting Administrator of USAID on May 7, 2007, after the prior administrator, Randall L. Tobias, resigned.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of November, 2007, I caused the foregoing Notice of Substitution of Counsel to be served on Plaintiff's Attorney, **James L. Kestell**, via the Court's Electronic Case Filing system.

    /s/   Christopher B. Harwood
    CHRISTOPHER B. HARWOOD