**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

| | |
|---|---|
| CARMEN S. TALAVERA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 1:07-cv-00720 (JDB) |
| HENRIETTA H. FORE ) | |
| Administrator, U.S. AGENCY FOR ) | December 27, 2007 |
| INTERNATIONAL DEVELOPMENT ) | |
| ) | |
| Defendant ) | |

_____

**PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST**
**AMENDED COMPLAINT**

The plaintiff, Ms. Carmen S. Talavera, hereby moves for leave to file her first amended complaint pursuant to Rule 15(a) of the Federal Rules of Civil Procedure to clarify paragraphs 22 and 42 of her complaint regarding the defendant's failure to promote her to a GS-14 position. The amendment makes clear that the defendant denied her promotional opportunities available in the summer (June) of 2004 as well as in the fall (October) 2004. A copy of the proposed amendment has been emailed to the general court email box and to defendant's counsel, Assistant U.S. Attorney Christopher Harwood.

Plaintiff's counsel has contacted counsel for defendant, Mr. Harwood, regarding his intent to file this motion. Mr. Harwood has indicated that he does not object to the filing of the amendment as a matter of procedure so long as the court can extend the time to disclose discovery to a reasonable period after April 15, 2008.

        Respectfully Submitted,
        The Plaintiff,
        Carmen S. Talavera

By    /s/ James L. Kestell_____
        James L. Kestell
        D.C. Bar # 955310

        /s/ Jonathan L. Gould_____
        Jonathan L. Gould
        DC Bar #491052

        Kestell and Associates
        1012 14th Street, NW, Suite 630
        Washington, DC 20005
        Tel. 202-347-3889
        Fax 202-347-4482
        Email: jlkestell@cox.net
        Email: jgould@igc.org

        Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARMEN S. TALAVERA )<br>   )<br>    Plaintiff,  )<br>   )<br>    v.   )<br>   )<br>HENRIETTA H. FORE  )<br>Administrator, U.S. AGENCY FOR  )<br>INTERNATIONAL DEVELOPMENT  )<br>   )<br>    Defendant  ) | Civil Action No.<br>1:07-cv-00720 (JDB)<br><br>December 27, 2007 |

**PLAINTIFF'S  MEMORANDUM OF LAW IN SUPPORT OF HER MOTION
FOR LEAVE TO FILE HER FIRST AMENDED COMPLAINT**

    The plaintiff, Ms. Carmen S. Talavera, hereby files this memorandum of law in support of her motion for leave to file her first amended complaint pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.  Under the principles embodied in Rule 15(a), the federal courts have adopted a liberal policy of allowing plaintiffs to amend their complaints absent prejudice to the defendant, Foman v. Davis, 37l U.S. 178, 182 (1962). For the following reasons, the defendant will not be prejudiced by the filing of the proposed amendment.

    The amendment makes few substantive changes in the factual allegations related to the merits of the case. It merely clarifies one of the claims against the defendant for failing to promote the plaintiff by specifying that the failure to promote the plaintiff to a GS-14 position occurred twice once in the fall (October) of 2004 and once in the spring (June) 2004. (See changes to paragraphs 22 and 42 in the First Amended Complaint.)

Because the proposed amended complaint merely clarifies some of the facts regarding the cause of action in the second claim, the defendant will not be prejudiced by the amendment. Further discovery does not close in this case until April 15 and the defendant has requested an extension of time to complete this discovery which the plaintiff will not object to.

For all these reasons, the Court should grant the motion.

    Respectfully Submitted,
    The Plaintiff,
    Carmen S. Talavera

    By    /s/ James L. Kestell_____
            James L. Kestell
            D.C. Bar # 955310

            /s/ Jonathan L. Gould_____
            Jonathan L. Gould
            DC Bar #491052

            Kestell and Associates
            1012 14th Street, NW, Suite 630
            Washington, DC 20005
            Tel. 202-347-3889
            Fax 202-347-4482
            Email: jlkestell@cox.net
            Email: jgould@igc.org

            Attorneys for the Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
|                                         |   |                              |
|-----------------------------------------|---|------------------------------|
| CARMEN S. TALAVERA                      | ) |                              |
|                                         | ) |                              |
|     Plaintiff,      | ) |                              |
|                                         | ) |                              |
|     v.              | ) | Civil Action No.             |
|                                         | ) | 1:07-cv-00720 (JDB)          |
| HENRIETTA H. FORE                       | ) |                              |
| Administrator, U.S. AGENCY FOR          | ) | December 27, 2007            |
| INTERNATIONAL DEVELOPMENT               | ) |                              |
|                                         | ) |                              |
|     Defendant       | ) |                              |

_____

<u>ORDER</u>

UPON CONSIDERATION OF plaintiff's Motion for Leave to File Her First Amended Complaint, for good cause shown, it is hereby:

ORDERED that plaintiff's motion is GRANTED.

_____
UNITED STATES DISTRICT JUDGE