IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| CARMEN S. TALAVERA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 1:07-cv-00720 (JDB) |
| HENRIETTA H. FORE ) | |
| Acting Administrator, U.S. AGENCY FOR ) | January 4, 2008 |
| INTERNATIONAL DEVELOPMENT ) | |
| ) | |
| Defendant ) | |

_____

**UNOPPOSED MOTION REQUESTING AN EXTENSION OF THIRTY DAYS
OF ALL TIME DEADLINES IN THE COURT'S SCHEDULING ORDER**

Because the plaintiff has filed an unopposed motion for leave to file a first amended complaint, the plaintiff in the above matter, hereby moves for an extension of time of 30 days to complete all discovery as presently set forth in the Court's scheduling order.

The defendant has not opposed this motion so long as the plaintiff requested and the Court grants this extension of time of the discovery schedule. Defendant's counsel has indicated that the defendant will need an additional 30 days to complete discovery as a result of the amendment.

The parties also suggest that, if the Court grants the motion, it should adjust all other deadlines in the scheduling order approximately 30 days ahead accordingly. The parties suggest that the Court change the present schedule as follows:

January 18: Defendant files its answer to the amended complaint and serves a revised version of its initial disclosures.

March 18:  Plaintiff's Rule 26(a)(2) report.

April 21:  Defendant's Rule 26(a)(2) report.

May 16:  All discovery completed.

June 13:  Filing of dispositive Motions.

July 11:  Oppositions due for dispositive motions.

August 1:  Replies due for dispositive motions.

For all the foregoing reasons, the plaintiff requests that the Court grant this motion for extension of time of the deadlines in the Court's scheduling order.

    Respectfully Submitted,
    The Plaintiff,
    Carmen S. Talavera

    By    /s/ James L. Kestell_____
           James L. Kestell
           D.C. Bar # 955310

           /s/ Jonathan L. Gould_____
           Jonathan L. Gould
           DC Bar #491052

           Kestell and Associates
           1012 14th Street, NW, Suite 630
           Washington, DC 20005
           Tel. 202-347-3889
           Fax 202-347-4482
           Email: jlkestell@cox.net
           Email: jgould@igc.org

           Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | | |
|---|---|---|
| CARMEN S. TALAVERA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 1:07-cv-00720 (JDB) |
| HENRIETTA H. FORE | ) | |
| Administrator, U.S. AGENCY FOR | ) | January 4, 2008 |
| INTERNATIONAL DEVELOPMENT | ) | |
| | ) | |
| Defendant | ) | |

_____

ORDER

UPON CONSIDERATION OF the plaintiff's Motion for Extension of Time of the Deadlines in the Court's Scheduling Order, for good cause shown, it is hereby:

ORDERED that plaintiff's motion is GRANTED and the deadlines changed as follows:

January 18:  Defendant files its answer to the amended complaint and serves a revised version of its initial disclosures.

March 18:  Plaintiff's Rule 26(a)(2) report.

April 21:  Defendant's Rule 26(a)(2) report.

May 16:  All discovery completed.

June 13:  Filing of dispositive Motions.

July 11:  Oppositions due for dispositive motions.

August 1:  Replies due for dispositive motions.

_____
UNITED STATES DISTRICT JUDGE