## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**CARMEN S. TALAVERA,**

    **Plaintiff,**

       **v.**                                **Civil Action No.  07-720 (JDB)**

**HENRIETTA H. FORE,**

    **Defendant.**

## ORDER

Upon consideration of [15] plaintiff's motion for leave to file an amended complaint, [16] plaintiff's unopposed motion for an extension of time, and the entire record herein, it is hereby

**ORDERED** that plaintiff's motions are **GRANTED**; and it is further

**ORDERED** that the schedule in this case is adjusted as follows:

1.    Defendant shall file an answer to the amended complaint and serve a revised version of its initial disclosures by not later than January 18, 2008.

2.    Plaintiff's Fed. R. Civ. P. 26(a)(2) report will be served on defendant by March 18, 2008.  Defendant's Fed. R. Civ. P. 26(a)(2) report will be served on plaintiff by April 21, 2008.

3.    All discovery shall be completed by May 16, 2008.

4.    Dispositive motions shall be filed by not later than June 13, 2008.  Oppositions

shall be filed by not later than July 11, 2008, and replies, if any, by not later than

August 1, 2008.

**SO ORDERED**.

/s/ John D. Bates

JOHN D. BATES
United States District Judge

Dated: <u>January 4, 2008</u>