UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARMEN S. TALAVERA,    )<br>                             )<br>   Plaintiff,                   )<br>                             )<br>        v.                    )     Civil Action 07-0720 (JDB)<br>                             )<br>HENRIETTA H. FORE,           )<br>                             )<br>   Defendant.                 )<br>_____) | |

### **JOINT MOTION FOR A 30-DAY EXTENSION TO THE DISCOVERY PERIOD**

The parties to the above-captioned action hereby jointly move for a 30-day extension to the discovery period. The discovery period is currently set to close on May 16, 2008; the parties are requesting that the discovery period be extended to June 16, 2008. As set forth below, there is good cause to grant this motion.

Defendant has recently received during discovery medical documentation relating to Plaintiff's claim for mental and emotional distress and loss of enjoyment of life. Since receiving that documentation, counsel for Defendant has been attempting to contact Plaintiff's relevant third-party medical providers, but has not yet been able to do so. Counsel for Defendant requires additional time to contact Plaintiff's relevant third-party medical providers and, if appropriate, to thereafter schedule and conduct deposition discovery of those providers.

In addition, Plaintiff's deposition had been scheduled for May 6 and 7, 2008. However, due to unanticipated scheduling conflicts, last Friday, counsel for Plaintiff requested that the deposition be adjourned to May 14 and 15 (i.e., the second and third-to-last days of the discovery period). Counsel for Defendant would like to accommodate that request; counsel for Plaintiff has previously agreed to a similar accommodation request made by counsel for Defendant. Yet,

counsel for Defendant also wants to ensure that he will have a sufficient opportunity to follow up on information learned during Plaintiff's deposition.  The requested extension to the discovery schedule will ensure that counsel for Defendant will have such an opportunity.

Finally, early this week, counsel for Defendant expects to serve a slightly revised set of initial disclosures on counsel for Plaintiff and a small (approximately ten-page) supplemental production of documents.  To the extent counsel for Plaintiff would like to take additional discovery on matters raised in Defendant's revised initial disclosures or supplemental production, the requested extension to the discovery schedule will allow him to do so.

For the foregoing reasons, the parties jointly and respectfully request that this Court grant their joint motion for a 30-day extension to the discovery period.  A proposed order—which includes a revised briefing schedule—is attached hereto.

Respectfully submitted,

_____/s/_____
JONATHAN GOULD
Kestell & Associates
1012 14th Street, N.W.
Suite 630
Washington, D.C. 20005
(202) 347-3889
jgould@igc.org

Counsel for Plaintiff

      /s/
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

      /s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

      /s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 307-0372
Fax: (202) 514-8780
Christopher.Harwood@usdoj.gov

Counsel for Defendant

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARMEN S. TALAVERA,        )<br>                              )<br>    Plaintiff,                )<br>                              )<br>    v.                        )<br>                              )<br>HENRIETTA H. FORE,          )<br>                              )<br>    Defendant.                )  | Civil Action 07-0720 (JDB) |

**<u>ORDER</u>**

Having considered the parties' Joint Motion for a 30-Day Extension to the Discovery Period (the "Joint Motion"), and the entire record herein, it is this _____ day of _____, 2008, hereby:

ORDERED that the parties' Joint Motion is GRANTED; and it is

FURTHER ORDERED that the discovery period will close on June 16, 2008; and it is

FURTHER ORDERED that the May 23, 2008 Status Conference will be rescheduled to a date convenient to the Court following June 16, 2008; and it is

FURTHER ORDERED that the following schedule will govern dispositive briefing:

| | |
|---|---|
| July 18, 2008 | due date for dispositive briefs |
| August 15, 2008 | due date for oppositions to dispositive briefs |
| September 12, 2008 | due date for replies on dispositive briefs |

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copy to:  ECF Counsel