IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

**CARMEN S. TALAVERA**           )
                                 )
    **Plaintiff,**            )
                                 )
    v.                        )        Civil Action No.
                                 )        1:07-cv-00720 (JDB)
**HENRIETTA H. FORE**            )
**Administrator, U.S. AGENCY FOR** )       June 4, 2008
**INTERNATIONAL DEVELOPMENT**    )
                                 )
    **Defendant**             )
_____

### PLAINTIFF'S COUNSEL'S NOTICE RE: CHANGE OF ADDRESS

Plaintiff's counsel in the above matter hereby serves notice as follows:

On June 1, 2008, the address of my office has changed from:

Jonathan L. Gould
Kestell & Associates
1012 14th Street, NW, Suite 630
Washington, DC 20005
Tel No. (202) 347-3889
Fax No. (202) 347-4482

To:

Jonathan L. Gould
Law Office of Jonathan L. Gould
1730 M Street, NW, Suite 412
Washington, DC 20036
Tel. No. (202) 347-3889
Fax No. (703) 652-7589

My email address will remain the same: jgould@igc.org.

Respectfully submitted,


By /s/Jonathan L. Gould _____

Jonathan L. Gould
DC Bar # 491052
1730 M Street, NW, Suite 412
Washington, DC 20036
Tel. No. (202) 347-3889
Fax No. (703) 652-7589
Email  jgould@igc.org