UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARMEN S. TALAVERA, | ) |
|     Plaintiff, | ) |
|     v. | ) Civil Action 07-0720 (JDB) |
| HENRIETTA H. FORE, | ) |
|     Defendant. | ) |

**JOINT STATUS REPORT AND PROPOSED SCHEDULE
FOR DISPOSITIVE MOTIONS**

On June 27, 2008, this Court issued a Minute Order requiring that "by not later than July 28, 2008, the parties shall file a joint status report indicating whether the case has settled in whole or in part and, if necessary, proposing a revised dispositive motions briefing schedule."[1] To date, the parties have not reached a settlement of this case. However, the parties would like to further pursue the possibility of settlement. Thus, the parties have agreed to and respectfully submit the following proposed briefing schedule for dispositive motions in which the onset of briefing is delayed somewhat to give the parties additional opportunity to pursue a negotiated compromise to this case.[2]

    September 26, 2008:    Motions for summary judgment due.

    October 24, 2008:    Oppositions to any motions for summary judgment due.

---

[1] On June 27, 2008, before the issuance of the abovementioned Minute Order, the parties appeared before the Court for a status conference, at which time the parties requested an opportunity to pursue the possibility of settlement prior to the onset of briefing of dispositive motions.

[2] The onset of briefing is also delayed to take into account the workloads and vacation schedules of the parties and their counsel.

November 21, 2008:                Replies to any motions for summary judgment due.

For the foregoing reasons, the parties jointly and respectfully request that this Court enter the schedule for dispositive motions set forth herein. A proposed order consistent with this joint motion is attached hereto.

                                            Respectfully submitted,

                                            /s/
                                        JAMES L. KESTELL
                                        D.C. Bar # 955310
                                        Kestell & Associates
                                        1012 14th Street, N.W.
                                        Suite 630
                                        Washington, D.C. 20005
                                        Phone:  (703) 237-2912
                                        Fax:  (202) 347-4482
                                        jlkestell@cox.net

                                            /s/
                                        JONATHAN GOULD
                                        D.C. Bar # 491052
                                        1730 M Street, N.W.
                                        Suite 412
                                        Washington, D.C. 20036
                                        Phone:  (202) 347-3889
                                        Fax:  (703) 652-7589
                                        jgould@igc.org

                                        Counsel for Plaintiff

/s/
JEFFREY A. TAYLOR
D.C. Bar #498610
United States Attorney

/s/
RUDOLPH CONTRERAS
D.C. Bar #434122
Assistant United States Attorney

/s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 307-0372
Fax: (202) 514-8780
Christopher.Harwood@usdoj.gov

Counsel for Defendant

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARMEN S. TALAVERA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action 07-0720 (JDB) |
| ) | |
| HENRIETTA H. FORE, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Having considered the parties' Joint Status Report and Proposed Schedule for Dispositive Motions, and the entire record herein, it is this _____ day of _____, 2008:

ORDERED that the following schedule will govern the filing of dispositive motions in this case:

| | |
|---|---|
| September 26, 2008: | Motions for summary judgment due. |
| October 24, 2008: | Oppositions to any motions for summary judgment due. |
| November 21, 2008: | Replies to any motions for summary judgment due. |

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copy to:  ECF Counsel